# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

RONALD J. WEINHEIM

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

CR 07 0748

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this _____ day of
11/27/2007

_____ Clerk

Bail, $ Summons to issue Dec 13 at 9:30
before MJ James

CR07-748 SI

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

49 U.S.C. sec. 46506(1)
18 U.S.C. sec. 2244(b) Abusive Sexual Contact

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
2 years imprisonment; $250,000 fine; 1 year supervised release; $100 special assessment

**DEFENDANT - U.S.**
▶ RONALD J. WEINHEIM

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 07 0748 SI

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Allison Marston Danner

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
28 Furnace Brook Drive
Cortlandt Manor, NY 10567

Date/Time: January 3, 2008, 9:30am

Before Judge: Judge Elizabeth Laporte

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 0748 SI |
| Plaintiff, | VIOLATION: 49 U.S.C. § 46506(1) and 18 U.S.C. § 2244(b) – Abusive Sexual Contact in the Special Aircraft Jurisdiction of the United States |
| v. | |
| RONALD J. WEINHEIM, | SAN FRANCISCO VENUE |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about August 26, 2006, while on Delta flight 1489, which was flying from New York City, New York to San Francisco, California and was then an aircraft in the special aircraft jurisdiction of the United States, the defendant,

RONALD J. WEINHEIM,

did knowingly engage in sexual contact with another person without that other person's

\\\

INDICTMENT

1 | permission, in violation of Title 49, United States Code, Section 46506(1) and Title 18, United
2 | States Code, Section 2244.

4 | DATED: 11/27/07                    A TRUE BILL.

                                       [signature]
                                       FOREPERSON

7 | SCOTT N. SCHOOLS
  | United States Attorney

  | [signature]
10 | KYLE F. WALDINGER
   | Deputy Chief, Major Crimes Section

12 | (Approved as to form: [signature] )
   |                       AUSA Danner

INDICTMENT                    2