1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7144
7       Fax:  (415) 436-7234
        Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12
13  UNITED STATES OF AMERICA,          )   Case No.  CR 07-0748-SI
                                        )
14          Plaintiff,                  )
                                        )   STIPULATION AND [PROPOSED]
15      v.                              )   ORDER CONTINUING ARRAIGNMENT
                                        )   DATE
16  RONALD WEINHEIM,                    )
                                        )
17          Defendant.                  )
    _____)
18

19      The above-referenced matter is currently scheduled before this Court on December 13,

20  2007 at 9:30 a.m. pursuant to a summons issued on November 28, 2007 for arraignment on an

21  indictment.  The undersigned parties jointly stipulate and request that the arraignment date be

22  continued until February 8, 2008 at 9:30 a.m. before this Court to allow

23  //

24  //

25  //

26  //

27  //

28
    Case No. CR-07-0748 SI
    STIP TO CONTINUE ARRAIGNMENT
    AND [PROPOSED] ORDER

1  the defendant sufficient time to recover from previously scheduled surgery.

2

3  SO STIPULATED.

4  Dated: December 10, 2007                    /s/
                                               ALLISON MARSTON DANNER
5                                              Assistant United States Attorney

6  Dated: December 10, 2007                    /s/
                                               BRENDAN CONROY
7                                              Attorney for Defendant

8  IT IS SO ORDERED.

9

10 DATED: _____                          _____
                                               MARIA-ELENA JAMES
11                                             United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER                -2-