SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

**FILED**

DEC 1 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD WEINHEIM,<br><br>    Defendant. | Case No. CR 07-0748-SI<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING ARRAIGNMENT<br>DATE |

       The above-referenced matter is currently scheduled before this Court on December 13, 2007 at 9:30 a.m. pursuant to a summons issued on November 28, 2007 for arraignment on an indictment. The undersigned parties jointly stipulate and request that the arraignment date be continued until February 8, 2008 at 9:30 a.m. before this Court to allow

//
//
//
//
//

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER

1 | the defendant sufficient time to recover from previously scheduled surgery.

3 | SO STIPULATED.

4 | Dated: December 10, 2007

/s/
ALLISON MARSTON DANNER
Assistant United States Attorney

6 | Dated: December 10, 2007

/s/
BRENDAN CONROY
Attorney for Defendant

8 | IT IS SO ORDERED.

10 | DATED: 12-10-07

MARIA-ELENA JAMES
United States Magistrate Judge

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER            -2-