```
 1  BRENDAN CONROY Bar No. 114726
    Attorney at Law
 2  255 Kansas St., #340
    San Francisco, CA 94103
 3
    Attorney for Defendant
 4
                    UNITED STATES DISTRICT COURT
 5
                   NORTHERN DISTRICT OF CALIFORNIA
 6
                        SAN FRANCISCO DIVISION
 7
    UNITED STATES OF AMERICA,        )   Case No.  CR 07-0748-SI
 8                                   )
           Plaintiff,                )
 9                                   )   STIPULATION AND [PROPOSED]
       v.                            )   ORDER CONTINUING ARRAIGNMENT
10                                   )   DATE
    RONALD WEINHEIM,                 )
11                                   )
           Defendant.                )
12  _____)
13
14      The above-referenced matter is currently scheduled before this Court on February 8, 2008
15  at 11:00 a.m. for an initial appearance in the District Court. The undersigned parties jointly stipulate
16  and request that the initial appearance be continued until March 14, 2008 at 11:00 a.m. before this
17  Court to allow the defendant sufficient time to recover from a previously scheduled surgery.
18
19  SO STIPULATED.
20  Dated: 2/5/08
                                              -S-
21                                         _____
                                           ALLISON MARSTON DANNER
22  Dated: 2/5/08                          Assistant United States Attorney

23                                         _____
                                           BRENDAN CONROY
                                           Attorney for Defendant
24
25
26
27
28
    Case No. CR-07-0748 SI
    STIP TO CONTINUE ARRAIGNMENT
    AND [PROPOSED] ORDER
```

1  IT IS SO ORDERED.
2
3
   DATED: _____
4
                                              _____
                                              SUSAN ILLSTON
5                                             United States ~~Magistrate~~ Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER                    -2-