BRENDAN CONROY Bar No. 114726
Attorney at Law
255 Kansas St., #340
San Francisco, CA 94103

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0748-SI |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING ARRAIGNMENT |
| | ) | DATE |
| RONALD WEINHEIM, | ) | |
| | ) | |
| Defendant. | ) | |

The above-referenced matter is currently scheduled before this Court on February 8, 2008 at 11:00 a.m. for an initial appearance in the District Court. The undersigned parties jointly stipulate and request that the initial appearance be continued until March 14, 2008 at 11:00 a.m. before this Court to allow the defendant sufficient time to recover from a previously scheduled surgery.

SO STIPULATED.

Dated: 2/5/08

_—S—_
ALLISON MARSTON DANNER
Assistant United States Attorney

Dated: 2/5/08

BRENDAN CONROY
Attorney for Defendant

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER

1  IT IS SO ORDERED.
2
3  DATED: _____
4                                              _____
                                                SUSAN ILLSTON
5                                               United States ~~Magistrate~~ Judge
6
7
...
28

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT                        -2-
AND [PROPOSED] ORDER