BRENDAN CONROY Bar No. 114726
Attorney at Law
255 Kansas St., #340
San Francisco, CA 94103

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0748-SI |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING ARRAIGNMENT |
| ) | DATE |
| RONALD WEINHEIM, ) | |
| Defendant. ) | |

The above-referenced matter is currently scheduled before this Court on February 8, 2008 at 9:30 a.m. pursuant to a summons issued on November 28, 2007 for arraignment on an indictment. The undersigned parties jointly stipulate and request that the arraignment date be continued until March 14, 2008 at 9:30 a.m. before this Court to allow the defendant sufficient time to recover from a previously scheduled surgery.

SO STIPULATED.

Dated: 2/5/08

ALLISON MARSTON DANNER
Assistant United States Attorney

Dated: 2/5/08

BRENDAN CONROY
Attorney for Defendant

Case No. CR-07-0748 SI
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER

1  IT IS SO ORDERED.
2
3
   DATED: Feb. 6, 2008
4                                          _____
                                           Judge Joseph C. Spero
5