JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0748 SI |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
|     v. | ) | ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| RONALD J. WEINHEIM, | ) | |
|     Defendant. | ) | |

    With the agreement of the parties in open court, and with the consent of defendant Ronald J. Weinheim, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 14, 2008 through April 25, 2008, the date of the defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant made his initial appearance before this Court on March 14, 2008. At that time, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

STA Stipulation
CR 07-0748 SI

1  Defendant requested this time exclusion in order to allow his counsel time to review discovery
2  that has recently been provided and will shortly be provided by the government.
3          2.      Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from March 14, 2008 through April 25, 2008 outweigh the best interest of
5  the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
6          3.      Accordingly, and with the consent of the defendant at the hearing on March 14,
7  2008, the Court ordered that the period from March 14, 2008 through April 25, 2008 be excluded
8  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
9          IT IS SO STIPULATED.

11  DATED: March 17, 2008                    \s\
                                             BRENDAN CONROY
12                                           Attorney for Defendant

14  DATED: March 17, 2008                    \s\
                                             ALLISON MARSTON DANNER
15                                           Assistant United States Attorney

17          IT IS SO ORDERED.

19  DATED: _____           _____
                                    HON. SUSAN ILLSTON
20                                  United States District Judge

STA Stipulation
CR 07-0748 SI                              2