rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 4 M | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | REPORTER/FTR FTR 9:35 to 9:39 | | | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE March 14, 2008 | | | NEW CASE ☐ | | CASE NUMBER CR 07-0748 SI | |

| APPEARANCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT Ronald Weinheim | | AGE 59 | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Brendan Conroy | | | PD. ☐ RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Allison Danner | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allen Lew | | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☒ | ARRAIGNMENT | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Ronald Jack Weinheim | |

| ARRAIGNMENT | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | |

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☒ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ O/R | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED ☐ RELEASED ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

FILED
MAR 14 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO: 3/14/8 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ | STATUS / TRIAL SET |
| AT: 11:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. Judge Illston | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Dft shall report to USM for processing.

KLH, JCS, TS

DOCUMENT NUMBER: