**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 3/14/08

Case No.   CR-07-0748 SI              Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- RONALD WEINHEIM (NC)(P)

Attorneys:   A. Danner            B. Conroy

Deputy Clerk: Tracy Sutton   Court Reporter: B. Ball

**PROCEEDINGS**

1) Trial Setting - HELD
2)
3)
Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                               PART

Case continued to **4/25/08  @ 11:00 a.m.**   for Status/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:     Effective Preparation
**Delay begins:           Delay ends: 4/25/08**
(   AUSA to draft order              )

ORDERED AFTER HEARING:
Counsel request a continuance before scheduling further dates.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )