JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD J. WEINHEIM,<br><br>Defendant. | No. CR 07-0748 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties in open court, and with the consent of defendant Ronald J. Weinheim, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 25, 2008 through June 20, 2008, the date of the defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

1. Defendant made his initial appearance before this Court on March 14, 2008. The parties appeared at a status hearing on April 25, 2008. Defendant, who lives in New York, was not present due to a recent hip replacement. Through his counsel, on April 25, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested

continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. In addition, defendant's physical inability to travel to California constitutes time properly excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(3)(A).

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 25, 2008 through June 20, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: April 25, 2008

\s\
BRENDAN CONROY
Attorney for Defendant

DATED: April 25, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: ______________

HON. SUSAN ILLSTON
United States District Judge