**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 4/25/08

Case No.   CR-07-0748 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- RONALD WEINHEIM (NC)(P)

Attorneys:   A. Danner            B. Conroy

Deputy Clerk: Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1) STATUS  - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                  PART

Case continued to **6//20/08  @ 11:00 a.m.**   for Status/Trial Setting/Change of plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Effective Preparation/Deft. Medical Recovery
**Delay begins:          Delay ends: 6/20/08**
(  AUSA to draft order             )

ORDERED AFTER HEARING:



(SPEEDY TRIAL DEADLINE AS OF TODAY: )