1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7144
7     FAX: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR 07-0748 SI
                                       )
14      Plaintiff,                     )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME FROM
15      v.                             )   SPEEDY TRIAL ACT CALCULATION
                                       )   (18 U.S.C. § 3161(h)(8)(A))
16 RONALD J. WEINHEIM,                 )
                                       )
17      Defendant.                     )
   _____)
18

19      With the agreement of the parties in open court, and with the consent of defendant

20 Ronald J. Weinheim, the Court enters this order documenting defendant's exclusion of time

21 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 25, 2008 through June 20, 2008,

22 the date of the defendant's next appearance before this Court.  The parties agree, and the Court

23 finds and holds, as follows:

24      1.     Defendant made his initial appearance before this Court on March 14, 2008.  The

25 parties appeared at a status hearing on April 25, 2008.  Defendant, who lives in New York, was

26 not present due to a recent hip replacement.  Through his counsel, on April 25, 2008, defendant

27 agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested

28
   STA Stipulation
   CR 07-0748 SI

1  continuance would unreasonably deny defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence, in this case. In addition,
3  defendant's physical inability to travel to California constitutes time properly excluded under the
4  Speedy Trial Act. 18 U.S.C. § 3161(h)(3)(A).
5      2.    Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from April 25, 2008 through June 20, 2008 outweigh the best interest of the
7  public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

9      IT IS SO STIPULATED.

11 DATED: April 25, 2008             \s\
                                     BRENDAN CONROY
12                                   Attorney for Defendant

14 DATED: April 25, 2008             \s\
                                     ALLISON MARSTON DANNER
15                                   Assistant United States Attorney

17      IT IS SO ORDERED.

19 DATED: _____             _____
                                     HON. SUSAN ILLSTON
20                                   United States District Judge

STA Stipulation
CR 07-0748 SI                         2