1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St., #340
   San Francisco, CA 94103
3  415-565-9600

4  Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0748-SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF DEFENDANT RE WAIVER OF APPEARANCE AT STATUS CONFERENCE |
| RONALD WEINHEIM, | ) | |
| Defendant. | ) | |

### DECLARATION

I, Ronald Weinheim, hereby declare as follows:

1. I am aware that a status conference in this case is set for June 20, 2008 at 11:00 a.m. before this Honorable Court.

2. I am aware that I have a right to be personally present for the status conference.

3. I am requesting that my personal appearance be waived. I am making this request because a) I live in the state of New York, and b) my physician has not cleared me for airplane travel until after July 15, 2008 as a result of right hip replacement surgery.

4. I respectfully request that the Court allow my attorney to appear on my behalf. I understand, and have no objection to, the court making a finding that time be excluded pursuant to 18 U.S.C. 3161(h)(4) or 18 U.S.C. 3161(h)(8)(B)(iv), or other relevant sections. I have been fully informed by my attorney regarding my right to a speedy trial, and I am not asserting my right to a speedy trial in this case.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed by me on the 19th day of June, 2008 in Croton-on-Hudson, New York. .

Case No. CR-07-0748 SI

1
2
3        Respectfully submitted,
4
5        /s/ Ronald Weinheim
6        RONALD WEINHEIM
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CR-07-0748 SI                -2-



# HUDSON VALLEY BONE AND JOINT SURGEONS, LLP
### 24 Saw Mill River Rd, Ste 206
### Hawthorne, NY 10532

| | | |
|---|---|---|
| GEORGE BURAK, M.D. | Tel: (914) 631-7777 | SAMUEL A. HOISINGTON, M.D. |
| J. ROBERT SEEBACHER, M.D. | Fax: (914) 631-0920 | GEORGE PIANKA, M.D. |
| ANTHONY V. MADDALO, M.D. | www.hvbjsurgeons.com | COREY BURAK, M.D. |
| GREGG CAVALIERE, M.D. | | NICOLE SOLOMOS, D.O. |

RE: WEINHEIM, RONALD                                 Date: 06/09/2008

TO WHOM IT MAY CONCERN,

RONALD WEINHEIM IS UNDER MY CARE FOR A LEFT HIP REPLACEMENT PERFORMED APRIL 15, 2008. HE MAY TRAVEL VIA AIRPLANE TO CALIFORNIA AFTER 07/15/08. IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE TO CONATACT ME AT THE ABOVE PHONE NUMBER.



Dr Signature

J. Robert Seebacher, M.D.