**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 6/20/08

Case No.   CR-07-0748 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- RONALD WEINHEIM (NC)(np)

Attorneys:   A. Danner            B. Conroy

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1) STATUS  - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                        PART

Case continued to **7/25/08  @ 11:00 a.m.**   for Change of plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Unavailability of Deft.
**Delay begins:          Delay ends: 7/25/08**
(  AUSA to draft order               )

ORDERED AFTER HEARING:
The government anticipates on filing a superceding information.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )