1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7144
7     FAX: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 07-0748 SI
                                       )
14         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME FROM
15     v.                              )   SPEEDY TRIAL ACT CALCULATION
                                       )   (18 U.S.C. § 3161(h)(8)(A))
16  RONALD J. WEINHEIM,                )
                                       )
17         Defendant.                  )
                                       )
18  _____)

19      With the agreement of the parties in open court, and with the consent of defendant Ronald

20  J. Weinheim, the Court enters this order documenting defendant's exclusion of time under the

21  Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from June 20, 2008 through July 25, 2008, the date of

22  the defendant's next appearance before this Court.  The parties agree, and the Court finds and

23  holds, as follows:

24      1.      Defendant made his initial appearance before this Court on March 14, 2008.  The

25  parties appeared at a status hearing on June 20, 2008.  Defendant, who lives in New York, was

26  not present due to a recent hip replacement.  Through his counsel, on June 20, 2008, defendant

27  agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested

28  STA Stipulation
    CR 07-0748 SI

1  continuance would unreasonably deny defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence, in this case. In addition,
3  defendant's physical inability to travel to California constitutes time properly excluded under the
4  Speedy Trial Act. 18 U.S.C. § 3161(h)(3)(A).

5        2. Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from June 20, 2008 through July 25, 2008 outweigh the best interest of the
7  public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

9        IT IS SO STIPULATED.

11 DATED: July 9, 2008           \s\
                              BRENDAN CONROY
12                               Attorney for Defendant

14 DATED: July 9, 2008           \s\
                              ALLISON MARSTON DANNER
15                               Assistant United States Attorney

17       IT IS SO ORDERED.

19 DATED: _____     _____
                              HON. SUSAN ILLSTON
20                               United States District Judge