JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0748 SI |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| RONALD J. WEINHEIM, | |
|     Defendant. | |

    With the agreement of the parties in open court, and with the consent of defendant Ronald J. Weinheim, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from June 20, 2008 through July 25, 2008, the date of the defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant made his initial appearance before this Court on March 14, 2008. The parties appeared at a status hearing on June 20, 2008. Defendant, who lives in New York, was not present due to a recent hip replacement. Through his counsel, on June 20, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested

STA Stipulation
CR 07-0748 SI

1  continuance would unreasonably deny defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence, in this case.  In addition,
3  defendant's physical inability to travel to California constitutes time properly excluded under the
4  Speedy Trial Act.  18 U.S.C. § 3161(h)(3)(A).
5      2.    Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from June 20, 2008 through July 25, 2008 outweigh the best interest of the
7  public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

       IT IS SO STIPULATED.

DATED: July 9, 2008                \s\
                                    BRENDAN CONROY
                                    Attorney for Defendant

DATED: July 9, 2008                \s\
                                    ALLISON MARSTON DANNER
                                    Assistant United States Attorney

       IT IS SO ORDERED.

DATED: _____           _____
                                    HON. SUSAN ILLSTON
                                    United States District Judge