UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/25/08

Case No.   CR-07-0748 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- RONALD WEINHEIM (NC)(p)

Attorneys:   A. Danner          B. Conroy

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1) Change of Plea - HELD
2)   Arraignment - HELD

3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                              PART

Case continued to **11/7/08 @ 11:00 a.m.**  for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Unavailability of Deft.
**Delay begins:         Delay ends: 7/25/08**
(  AUSA to draft order            )

ORDERED AFTER HEARING:
The defendant was arraigned on a single count superceding information.  No waiver has been filed since the charge is a misdemeanor.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )