AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

**OFFENSE CHARGED**
49 U.S.C. sec. 46506(1)
18 U.S.C. sec. 113(a)(5) Assault

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
6 months imprisonment; $5,000 fine; $10 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 08 JUL 25 AM 9:08
RICHARD W. WIEKING
U.S. DISTRICT COURT
N. D. OF CALIFORNIA

**DEFENDANT - U.S.**
▶ RONALD J. WEINHEIM

**DISTRICT COURT NUMBER**
CR07-0748 SI

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
CR07-0748 SI

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Allison Marston Danner

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
28 Furnace Brook Drive
Cortlandt Manor, NY 10567

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED
08 JUL 25 AM 9: 08
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0748 SI |
|---|---|---|
| Plaintiff, | ) | VIOLATION: Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Sections 113(a)(5) - Assault on an Aircraft in the Special Aircraft Jurisdiction of the United States (Class B Misdemeanor) |
| v. | ) | |
| RONALD J. WEINHEIM, | ) | |
| Defendant. | ) | |
| | | SAN FRANCISCO VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about August 26, 2006, while on Delta flight 1489, which was flying from New York City, New York to San Francisco, California and was then an aircraft in the special aircraft jurisdiction of the United States, the defendant,

RONALD J. WEINHEIM

assaulted an individual by touching that individual in a patently offensive manner without

SUPERSEDING INFORMATION
CR 07-0748 SI

1 | justification and excuse, in violation of Title 49, United States Code, Section 46506(1) and Title
2 | 18, United States Code, Section 113(a)(5).
3 |
4 | DATED: 6/17/2008                    JOSEPH P. RUSSONIELLO
5 |                                     United States Attorney
6 |
7 |                                     KYLE F. WALDINGER
8 |                                     Deputy Chief, Major Crimes Section
9 | (Approved as to form:
10 |                                    ALLISON M. DANNER
11 |                                    Assistant United States Attorney

SUPERSEDING INFORMATION
CR 07-0748 SI