08/28/2008 11:33 AM EST

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Francisco

Case No. DCAN307CR000478    US V GONZALEZ

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ERNESTO ALBERTO GONZALEZ | 5041100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611022518 | 1 | PR | 100.00 | 08/19/2008 |

Division Payment Total    100.00

Grand Total    100.00

$100.00 SPECIAL ASSESSMENT
PAID IN FULL
on 8-19-08

Page 1 of 1